# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TERA ANNOYE,

                Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

                Defendant.

Case No. 18-CV-608-JPS

**ORDER**

        This case coming before the Court on the parties' stipulation for reversal and remand (Docket #11), filed on September 20, 2018,

        **IT IS ORDERED** that the parties' stipulation to reverse and remand the case (Docket #11) be and the same is hereby **ADOPTED**; this matter be and the same is hereby **REVERSED** and **REMANDED** to the Commissioner of Social Security pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), and judgment shall be entered in this matter in favor of Plaintiff; and

        **IT IS FURTHER ORDERED** that, on remand, if the Appeals Council does not issue a decision, it will remand the matter to an administrative law judge. The administrative law judge shall then issue a new decision consistent with all applicable rules and regulations as interpreted in relevant Seventh Circuit case law.

        The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 21st day of September, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge